| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 14-3732-JFW**
             **CR 08-126-JFW**                                                                 Date:  February 27, 2017

Title:   Leonard Uchenna Nwafor -v- United States of America

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

| | |
|---|---|
| PROCEEDINGS (IN CHAMBERS): | ORDER DENYING PETITIONER'S MOTION TO SET ASIDE A PREVIOUS JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 60(b)(4) & (6) [filed 2/9/2017; Docket No. 14]; and |
| | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PETITIONER'S SECOND OR SUCCESSIVE HABEAS MOTION [filed 2/24/2017; Docket No. 16] |

     On February 9, 2017, Petitioner Leonard Uchenna Nwafor ("Petitioner") filed a Motion to Set Aside a Previous Judgment Pursuant to Fed. R. Civ. P. Rule 60(b)(4) & (6).  On February 24, 2017, Respondent United States of America (the "Government") filed an Opposition and Motion to Dismiss Petitioner's Second or Successive Habeas Motion.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the briefs, and the arguments therein, the Court rules as follows:

     For the reasons stated in the Government's Opposition and Motion to Dismiss Petitioner's Second or Successive Habeas Motion, the Court treats Petitioner's Rule 60(b) motion as a disguised second or successive habeas motion and finds that it lacks jurisdiction to consider Petitioner's motion because Petitioner has failed to comply with 28 U.S.C. § 2255(h) and obtain an order from the Ninth Circuit allowing him to file this motion.

     Accordingly, the Government's Motion to Dismiss Petitioner's Second or Successive Habeas Motion is **GRANTED**, and Petitioner's Motion to Set Aside a Previous Judgment Pursuant to Fed. R. Civ. P. Rule 60(b)(4) & (6) is hereby **DENIED** and **DISMISSED**.

     IT IS SO ORDERED.